1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      BENJAMIN COXON,                              No.  2:21-cv-00792-KJM-JDP (PS)

12                       Plaintiff,

13             v.                                    ORDER

14      UNITED STATES DISTRICT COURT,

15                       Defendant.

16

17            On December 3, 2021, the magistrate judge filed findings and recommendations, which

18     were served on the plaintiff and which contained notice to plaintiff that any objections to the

19     findings and recommendations were to be filed within fourteen days.  No objections were filed.

20            The court presumes that any findings of fact are correct.  *See Orand v. United States*,

21     602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

22     de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by

23     the magistrate judge are reviewed de novo by both the district court and [the appellate] court

24     . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

25     supported by the record and by the proper analysis.

26     /////

27     /////

28     /////

1    Accordingly, IT IS ORDERED that:

2    1.  The Findings and Recommendations filed December 3, 2021, are adopted in full;

3    2.  This action is dismissed with prejudice for failure to state a claim; and

4    3.  The Clerk of Court is directed to close the case.

5    DATED:  January 31, 2022.

6

7    _____
     CHIEF UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28